

| | |
|---|---|
| **366 NORTH BROADWAY** | **445 BROAD HOLLOW ROAD** |
| **SUITE 410** | **SUITE 25** |
| **JERICHO, NY  11753** | **MELVILLE, NY  11747** |
| **TELEPHONE** | **FACSIMILE** |
| **(888) 572-0861** | **(516) 942-4385** |

February 7, 2017

**By ECF**
Hon. Katharine H. Parker
United States District Court
500 Pearl Street, Room 1950
New York, NY 10007

Re:     McFarlane v. First Unum Life Insurance Company, 16-cv-7806 (RA)(KHP)

Dear Magistrate Judge Parker:

      I represent the Plaintiff in the above referenced action, and write in response to Unum's letter of today, document 43.

      Yesterday, Unum filed a letter, document 41, opposing written discovery requests that Plaintiff served.  Unum's letter stated, "Nonetheless, plaintiff has served fourteen interrogatories (with an additional 37 subparts) and twenty document requests (plus notices of two depositions and, recently, a second set of document requests and interrogatories)."  Because Unum referenced Plaintiff's January 23, 2017 discovery requests, it appeared that Unum was including them in its opposition.  Since the Court did not have a copy of the January 23, 2017 discovery requests to review, Plaintiff provided a copy as Exhibit A to the letter that Plaintiff filed earlier today, document 42.

      While Unum's February 6, 2017 letter, document 41, referenced Plaintiff's "second set of document requests and interrogatories," Unum's February 7, 2017 letter, document 43, now clarifies that it is not objecting to those requests at this time.  Consequently, Plaintiff withdraws her submission of this morning's letter, document 42.

                                                          Respectfully submitted,
                                                          **LAW OFFICES OF JEFFREY DELOTT**

                            By:     _____
                                        Jeffrey Delott, Esq.

**Email:  jeffdelott@iwantmydisability.com**
**Web Site:  iwantmydisability.com**
**Blog:  disabilitylawyerblog.com**